UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 01 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORPORATION,<br><br>Plaintiff - Appellant,<br><br>V.<br><br>THE BOEING COMPANY; LOCKHEED MARTIN CORPORATION,<br><br>Defendants - Appellees. | No. 06-55907<br>D.C. No. CV-05-07533-FMC<br>Central District of California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered 06/09/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court


By: Rhonda Roberts
Deputy Clerk